UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH
CENTRAL DIVISION

IN RE:                                             CASE NO. 09-30015
                                                   CHAPTER 13

DEE W. ASTON
KAREN R. ASTON                       JUDGE R. KIMBALL MOSIER

             DEBTORS                     **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Kevin R. Anderson files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** SELENE FINANCE

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 2 | 4940 | $62,786.06 | $62,786.06 | $62,786.06 |
| Total Amount Paid by Trustee | | | | $62,786.06 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09-30015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on July 17, 2014.

DEE W. ASTON AND KAREN R. ASTON, 488 ALEXANDER DR, PAYSON, UT  846519630

DEE W. ASTON AND KAREN R. ASTON, 488 ALEXANDER DR

SELENE FINANCE, P.O. BOX 100541, FLORENCE, SC  29502

MARK R. EMMETT, ESQ., ECF Notification

UNITED STATES TRUSTEE - ECF Notification

Date:  07/17/2014                                                                  /s/ Kevin R. Anderson
                                                                                   Kevin R. Anderson
                                                                                   Chapter 13 Trustee
                                                                                   405 South Main Street, Suite 600
                                                                                   Salt Lake City, UT  84111